# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Darla Bell

                                      Plaintiff,

v.                                                                                               Case No.: 3:20−cv−00967

Wyndham Destinations, Inc., et al.

                                      Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 4/1/2021 re [19].

                                                                                       Lynda M. Hill
                                                          s/ <u>Lindsay Newsom, Deputy Clerk</u>